IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO REYES-MAA, | § | |
| | § | |
| Defendant-Petitioner, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-06-0052-04 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent. | § | |

## ORDER

On August 20, 2015, the defendant, Alejandro Reyes-Maa, filed a notice of appeal. (Docket Entry No. 1055). The United States Court of Appeals for the Fifth Circuit held that it was untimely filed but treated it as a motion for an added 30 days under Rule 4(b)(4) of the Federal Rules of Appellate Procedure and remanded for this court to decide whether to grant the motion. (Docket Entry No. 1064).

Reyes-Maa has filed a statement explaining that he did not receive timely notice that his motion for sentence reduction had been denied. Although he did not unduly delay filing his notice of appeal once he had the information, it was nonetheless untimely. Reyes-Maa is entitled to the extension he seeks. His motion is granted.

SIGNED on June 29, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge